UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RADAMES BARREIRA                                                              JURY TRIAL DEMANDED

v.                                             CASE NO.  3:10 cv

STERLING CREDIT CORPORATION

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA").

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant regularly collects consumer debts and is a debt collector within the FDCPA.

6. Defendant has a place of business at 716 N. Bethlehem Pike Ste 301, Ambler PA 19002-2656   which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in 2010 concerning efforts to collect a personal Paragon Federal Credit Union account.

FIRST COUNT

7.   In the collection efforts,  defendant violated the FDCPA, § 1692e, or –f.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under of the FDCPA;

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net