UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RADAMES BARREIRA

v.                                     CASE NO.  3:10 cv  1846 (JCH)

STERLING CREDIT CORPORATION


NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action  without

costs or fees based on the parties' settlement agreement.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395



Certificate of Service

I hereby certify that on January 12, 2011, a copy of foregoing Notice of Dismissal
was filed electronically. Notice of this filing will be sent by e-mail to all parties by
operation of the Court's electronic filing system. Parties may access this filing through the
Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net